**Dennis MEEHAN, Plaintiff–Appellant,**

v.

**State of NEW YORK, N.Y. State Dept. of Correctional Services, Corcraft Industries, et al., Defendants–Appellees.***

**No. 09–4973–pr.**

United States Court of Appeals, Second Circuit.

May 27, 2011.

Dennis Meehan, Fallsburg, NY, pro se.

Barbara D. Underwood, Solicitor General, Nancy A. Spiegel, Senior Assistant Solicitor General, Victor Paladino, Assistant Solicitor General, for Eric T. Schneiderman, Attorney General, Albany, NY, for Appellees.

PRESENT: AMALYA L. KEARSE, GERARD E. LYNCH, J. CLIFFORD WALLACE,** Circuit Judges.

### SUMMARY ORDER

Dennis Meehan, *pro se*, appeals from the district court's dismissal, pursuant to 28 U.S.C. § 1915(e), of his complaint against the State of New York, the New York State Department of Correctional Services, and Corcraft Industries, and its summary judgment for the remaining defendants. We assume the parties' familiarity with the relevant facts and procedural history.

We review a district court's 28 U.S.C. § 1915(e) dismissal *de novo. See Giano v. Goord,* 250 F.3d 146, 149–50 (2d Cir.2001). We also review a summary judgment *de novo,* resolving all ambiguities and drawing all permissible inferences in favor of the non-moving party. *See Redd v. Wright,* 597 F.3d 532, 535 (2d Cir.2010).

Having conducted an independent and *de novo* review of the record, we affirm the

---

* The Clerk of Court is instructed to amend the official caption in this case to conform to the listing of the parties above.

** Senior Judge J. Clifford Wallace of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

70

district court's orders for substantially the same reasons stated by the district court in its thorough and well-reasoned decisions. With respect to the October 11, 2006, order, although Meehan was not given the opportunity to amend his complaint prior to dismissal, *see McEachin v. McGuinnis*, 357 F.3d 197, 200 (2d Cir. 2004), such amendment would have been futile because Corcraft Industries is immune from his claims, *see Komlosi v. N.Y. State Office of Mental Retardation and Dev. Disabilities*, 64 F.3d 810, 815 (2d Cir.1995) (sovereign immunity applies to "governmental entities that are considered arms of the state for Eleventh Amendment purposes" (quotation marks omitted)). With respect to the September 29, 2009, order, Meehan failed to exhaust all available administrative remedies before bringing his federal suit, *see* 42 U.S.C. § 1997e(a), and has not shown any special circumstances that would justify this failure, *see Brownell v. Krom*, 446 F.3d 305, 311–12 (2d Cir.2006).

We have considered Appellant's other arguments on appeal and conclude that they are without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED.**